IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ALTON FORD, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) No. 1:18-CV-174 ) |
| GARY IBARGUEN, *individually and d/b/a* iSPECIALIZE, | ) ) ) ) |
|       Defendant. | ) |

## **O R D E R**

This matter is before the court on Plaintiff's motion for award of statutory attorney's fees and supporting memorandum [docs. 17 and 19], to which Defendant has filed a response and affidavit in opposition [doc. 21 and 22]. This Court previously granted the parties' joint motion for approval of their Fair Labor Standards Act settlement and entry of judgment, which provided that the defendant would pay "reasonable and necessary fees and costs to the Plaintiff" [doc. 16]. After conducting two conferences with the parties, and receiving a joint stipulation of facts, United States Magistrate Judge Susan K. Lee issued a report and recommendation ("R&R"), recommending that Plaintiff's motion for award of statutory attorney's fees be granted in part and denied in part, and Plaintiff awarded $6,864.00 in attorney's fees [doc. 30]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the court is in complete agreement with the magistrate judge's conclusion that Plaintiff's motion for attorney's fees be granted in part and denied in part, and Plaintiff's counsel be awarded attorney fees of $6,864.00. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the R&R, which the Court adopts and incorporates into its ruling, that Plaintiff's motion for award of statutory attorney's fees [doc. 17] is **GRANTED**, whereby Plaintiff is awarded attorney fees of $6,864.00.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　s/ Thomas W. Phillips
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE